UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| KERRY O'SHEA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, A Delaware Corporation,<br><br>Defendant. | Case No. 2:10-cv-7640-JHN-MANx<br><br>JUDGMENT ON FORD MOTOR COMPANY'S MOTION FOR SUMMARY JUDGMENT<br><br>Date:  December 28, 2011<br>Filed:  August 23, 2010 |

This matter having come before the Court on Ford Motor Company's ("Ford") Motion for Summary Judgment. After full consideration of the evidence, the statement of uncontroverted facts and conclusions of law, and the authorities submitted by counsel, the Court finds that there is no triable issue of material fact and Ford is entitled to summary judgment as a matter of law.

IT IS THEREFORE ORDERED that the Motion for Summary Judgment is GRANTED and that judgment shall be entered in favor of Ford and against Plaintiff Kerry O'Shea.

DATED: December 28, 2011

_____
HON. JACQUELINE H. NGUYEN